# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| BALTHER TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:10-CV-78-LED |
| v. | § § | |
| AMERICAN HONDA MOTOR CO. INC., *et al.*, | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Balther Technologies, LLC, plaintiff in the above-entitled and numbered civil action, files this notice of voluntary dismissal of this civil action <u>without prejudice</u> pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). To date, none of the defendants have filed an answer to Plaintiff's Original Complaint for Patent Infringement or a motion for summary judgment.

Plaintiff and Defendants shall bear their own costs, expenses and legal fees.

    Respectfully submitted,

*/s/ Eric M. Albritton*

Eric M. Albritton
Texas Bar No. 00790215
ema@emafirm.com
Adam A. Biggs
Texas Bar No. 24051753
aab@emafirm.com
Debra Coleman
Texas Bar No. 24059595
drc@emafirm.com
Matthew C. Harris

Texas Bar No. 24059904
mch@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Attorneys for Balther Technologies, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by e-mail, facsimile transmission and/or first class mail on May 17, 2010.

_____
Eric M. Albritton