**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | | |
|---|---|---|
| **BALTHER TECHNOLOGIES, LLC,** | § § | |
| Plaintiff, | § § | Civil Action No. 6:10-CV-78-LED |
| v. | § § | |
| **AMERICAN HONDA MOTOR CO. INC.**, *et al.*, | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## ORDER

Pursuant to the Plaintiff's Notice of Voluntary Dismissal this civil action, shall be, and is hereby, DISMISSED WITHOUT PREJUDICE.

Plaintiff and Defendants shall bear their own costs, expenses and legal fees.

**So ORDERED and SIGNED this 18th day of May, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**